UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>              Plaintiff,<br><br>        v.<br><br>R. FARLEY, ET AL.,<br><br>              Defendant(s). | Case No. 20-4490-PA (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amenedd Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the original Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

IT IS THEREFORE ORDERED that the following claims be dismissed from the Second Amended Complaint with prejudice and without leave to amend:

    a) Eighth Amendment "threat to safety" claims against defendants Farley, Arebalo, and Graves; and

    b) Fourteenth Amendment due process claims against defendants Farley, Arebalo, Williams, and Davis as set forth in the Final Report and Recommendation.

The Court will issue a separate Order regarding service of the remaining claims in the Second Amended Complaint.

Dated: April 6, 2021

PERCY ANDERSON
United States District Judge