UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-4490-PA (KK)** | Date: | December 16, 2022 |
|---|---|---|---|
| Title: | ***Lance Williams v. R. Farley, et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| S. LORENZO | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner: | Attorney(s) Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order to Show Cause Why Action Should Not Be Dismissed for Failure to File a Status Report**

On December 28, 2020, Plaintiff Lance Williams ("Plaintiff"), proceeding pro se and in forma pauperis, constructively filed a Second Amended Complaint ("SAC") pursuant to 42 U.S.C. § 1983 ("Section 1983") against correctional officers R. Farley, D. Arebalo, M. Williams, and D. Davis ("Defendants") alleging violations of Plaintiff's First, Eighth, and Fourteenth Amendment rights. Dkt. 23.  On July 13, 2022, Defendants filed an Answer.  Dkt. 79.

On July 14, 2022, the Court issued a Case Management and Scheduling Order, which required, among other things, the parties to file and serve a status report no later than December 15, 2022.  Dkt. 81 at 3.  As of this date, Plaintiff and Defendants have not filed a status report as required by the Case Management and Scheduling Order.

Accordingly, **on or before December 30, 2022**, Plaintiff and Defendants are ORDERED TO SHOW CAUSE in writing why they have failed to file a status report as required by the Case Management and Scheduling Order.

**Plaintiff is cautioned that failure to timely file a response to this Order may result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and failure to prosecute.  See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**